IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOHN H. KNIGHTEN,

        Plaintiff,

v.                                              CASE NO. 4:13-cv-444-MW/GRJ

DAVID C. IRMER, et al.,

        Defendants.

_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered the Magistrate's Report and Recommendation, ECF No. 15, filed January 14, 2014. Upon consideration, no objections having been filed by Plaintiff,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion.

The Clerk shall enter judgment stating, "The Second Amended Complaint is **DISMISSED** for failure to state a claim upon which relief may be granted." The Clerk shall close the file.

**SO ORDERED on February 12, 2014.**

                                                      **s/Mark E. Walker              **
                                                      **United States District Judge**